UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE M. LOVEST, JR., | No. 2:19-cv-1060-EFB P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 13, 2019, the court informed plaintiff that to proceed with this action he must either pay the required filing fee or seek leave to proceed in forma pauperis. *See* 28 U.S.C. §§ 1914(a), 1915(a). On July 1, 2019, plaintiff submitted a letter stating that he mailed a check to the court for the filing fee. ECF No. 4. To date, the court has not received the check.

Accordingly, IT IS ORDERED that plaintiff must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

Dated: July 16, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE