UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE M. LOVEST, JR., <br><br> Plaintiff, <br><br> v. <br><br> RALPH DIAZ, et al., <br><br> Defendants. | No. 2:19-cv-1060-EFB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed an application for leave to proceed in forma pauperis using this court's form but has left the questions on the second page unanswered and the space for his signature blank. *See* ECF No. 6. The court cannot rule on plaintiff's application for leave to proceed in forma pauperis because it is incomplete and because he has not signed it.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 6) is denied without prejudice.
2. Within 30 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of his request for leave to proceed in forma pauperis. Failure to comply with this order may result in dismissal.

/////

3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

Dated: July 30, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE