UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE LOVEST,<br><br>       Plaintiff,<br><br>   v.<br><br>S. LAROSA,[1]<br><br>       Defendant. | Case No. 2:19-cv-01060-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 37 |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant's motion for summary judgment.  ECF No. 37.  Good cause appearing, plaintiff's motion is granted, and his opposition filed on February 25, 2021, ECF No. 38, is deemed timely.

IT IS SO ORDERED.

Dated:   March 3, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant S. LaRosa is the sole remaining defendant in this action.  Accordingly, the Clerk of Court is directed to amend the case name to *Lovest v. Larosa*, 2:19-cv-01060-TLN-JDP.