UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE M. LOVEST, Jr.,<br><br>  Plaintiff,<br><br>  v.<br><br>S. LAROSA,<br><br>  Defendants. | No. 2:19-cv-01060-TLN-JDP<br><br>**ORDER** |

Plaintiff Antwone M. Lovest, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 41.) No timely objections to the findings and recommendations have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 7, 2021 (ECF No. 41), are ADOPTED IN FULL;

2. Defendant's Motion for Summary Judgment (ECF No. 32) is GRANTED, and Plaintiff's claims against Defendant LaRosa are DISMISSED without prejudice for failure to exhaust;

3. All other pending motions (ECF Nos. 33, 34 & 36) are DENIED as moot; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 26, 2021

_____
Troy L. Nunley
United States District Judge